■ STEFAN JUSZCZAK, an Infant, by ADAM JUSZCZAK, , His Guardian ad Litem, et al., Appellants, v CITY OF NEW YORK, Respondent, et al., Defendant.—In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Kings County, entered December 23, 1969, upon a jury verdict, as is in favor of the defendant city and against the infant plaintiff.

Judgment affirmed insofar as appealed from, without costs or disbursements. The judgment was amply supported by the evidence. Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.